JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deckers Outdoor Corporation<br><br>        Plaintiff,<br><br>v.<br><br>BGSD, Inc et al<br><br>        Defendants. | Case No. CV 17-02901-AB (SKx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

///
///
///
///
///

1.

1 | The Stipulation and Request to Extend Time to Respond to Initial Complaint is
2 | hereby DENIED as MOOT.

Dated: June 8, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.